## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **MIDTOWN INVESTMENTS, LLC** | * | **CIVIL ACTION NO. 2:23-cv-_____** |
| | * | |
| **VERSUS** | * | **JUDGE: _____** |
| | * | |
| **STATE FARM FIRE &** | * | **MAGISTRATE _____** |
| **CASUALTY COMPANY** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF REMOVAL

TO:    Honorable Judges of
       The United States District Court
       Eastern District of Louisiana

Defendant, **STATE FARM FIRE & CASUALTY COMPANY**, files this Notice of

Removal pursuant to 28 U.S.C. § 1446.

1.

**STATE FARM** is defendant in an action filed in the Orleans Parish Court, which is styled

Midtown Investments, LLC v. State Farm Fire & Casualty Company, docket number 2023-5595.

2.

The Court has jurisdiction over this civil action pursuant to 28 U.S.C. § 1332.  Federal

diversity jurisdiction exists over this case because, as set forth below, the amount in controversy,

including penalties and attorney's fees, exceeds $75,000.00, and the citizenship of all named

parties is diverse.

3.

Pursuant to 28 U.S.C. § 1446 (a), a complete copy of the record from the Civil District

Court Parish of Orleans as of September 28, 2023 is attached as *Exhibit "A"*.

4.

Pursuant to 28 U.S.C. § 1446 (b), a copy of this Notice of Removal is being served on the

Plaintiffs and filed with the Civil District Court Parish of Orleans, Louisiana.

## Amount in Controversy

5.

On June 29, 2023, filed a Petition seeking recovery for contractual and bad faith damages for damage to property located at 130-136 Broad St., New Orleans, Louisiana under Policy No. 98CW66714, namely damage to structures, business interruption, loss of use, and other consequential damages. *See Exhibit "A", p. 1-4.*

6.

Plaintiffs specifically asserts that State Farm estimated the loss at $47,322.71, while Plaintiff's adjuster has estimated the damages to the building and business personal property to be $457,565.04. *See Exhibit "A", p. 1.* Plaintiffs also submitted an estimate of damages totaling $559,920.45. *See Exhibit "B", p 10.* The declarations page for the policy which is the subject of this suit indicates building coverage limits of $667,000.00. *See Exhibit "C".* Taking into consideration the building coverage, and after deducting the $5,000.00 deductible and the payment under Coverage A of $24,798.03, *Exhibit "D",* the amount in controversy, without including any amount for penalties and attorney's fees and other alleged non-Coverage A damages, exceeds $600,000.00 Based on the face of the pleadings, Plaintiffs' estimate, and the amount of coverage in dispute, the claimed unpaid damages to the property exceed the required amount for this court to exercise jurisdiction over this matter.

## Diversity Jurisdiction Exists

7.

The Petition for Damages has alleged that **STATE FARM** is foreign insurance company authorized to do and doing business in the State of Louisiana. *See Exhibit "A", p. 1.*

8.

**STATE FARM FIRE & CASUALTY COMPANY** is incorporated in the State of Illinois with its principal place of business in Bloomington, Illinois. **STATE FARM FIRE & CASUALTY COMPANY** has no parent company and does not have any shareholders.

9.

Plaintiff, Midtown Investments, LLC, is a Louisiana limited liability company with a domicile address/registered office at 111 Veterans Blvd Suite 1500, Metairie, Louisiana 70005. *See Exhibit "E", p. 1.* The sole member of Midtown Investments, LLC is Barry Katz, who is domiciled in Florida.

10.

As such, complete diversity exists and the amount in controversy exceeds sum of $75,000.00. Pursuant to 28 U.S.C. 1441 (a) this action is removable because the District Courts of the United States have original jurisdictions.

## Reservation of Rights and Defenses; Demand for Jury Trial

11.

**STATE FARM** reserves the right to supplement or amend this Notice of Removal.

12.

**STATE FARM** hereby reserves all defenses, and the filing of this Notice of Removal is subject to, and without waiver, of any and all defenses, including but not limited to, insufficiency of service of process, lack of personal jurisdiction, improper venue, lake of procedural capacity, improper cumulation of actions, no right of action, lack of standing, prescription, preemption, res judicata, collateral estoppel, no cause of action, and the right to trial by jury.

WHEREFORE, **STATE FARM** respectfully requests that this case proceed before this Court as an action properly removed.

Respectfully submitted,

STOCKWELL, SIEVERT, VICCELLIO,
CLEMENTS & SHADDOCK, L.L.P.
BY: /s Todd M. Ammons
     TODD M. AMMONS
     La. Bar Roll No. 21441
     One Lakeside Plaza, 4th Floor
     Lake Charles, LA  70602
     (337) 436-9491

## <u>CERTIFICATE</u>

**I HEREBY CERTIFY** that on November 6, 2023, a true and correct copy of the above and foregoing **NOTICE OF REMOVAL** was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all counsel of record participating in CM/ECF by operation of the court's electronic filing system.

/s Todd M. Ammons
TODD M. AMMONS